IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOMINGO ALTAMIRANO AQUINO,<br><br>　　　　　Defendant. | Case No.:  1:16-CR-00113-001 LJO<br><br>ORDER OF RELEASE: On this action only |

　　　The above named defendant having been sentenced on April 10, 2017, to Time Served,

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith ON THIS CASE ONLY.  This Order in no way addresses any potential or existing Immigration or Deportation detainer issues.

　　　A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　　Dated:　**April 10, 2017**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE